# Court of Appeals
# of the State of Georgia

ATLANTA,    August 28, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1709. LUSTER v. THE STATE.**

The Appellant's brief in this case was originally due to be filed on June 5, 2014. The Appellant, who is representing himself, requested and was given two extensions of time to complete his brief. His brief was due on August 11. On August 14, this Court denied the Appellant's third request for an extension of time to file his brief. The Appellant belatedly filed his brief with this Court on August 19 along with a motion to reconsider the August 14 denial of his motion for an extension of time to file his brief. Finding no legitimate basis for granting the motion for reconsideration, it is hereby DENIED. Consequently, the instant appeal is hereby DISMISSED for failure to comply with the rules of this Court. See Court of Appeals Rules 15 (a) and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/28/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen _____ , *Clerk.*